No. 84–545. HICO INDEPENDENT SCHOOL DISTRICT ET AL. *v.* WELLS ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 53.

No. 84–1591. BOUDREAUX *v.* GRICE. Appeal from Sup. Ct. La. dismissed for want of substantial federal question.

No. 84–6755. BURY *v.* CITY OF LAKELAND, FLORIDA, ET AL. Appeal from C. A. 11th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–494. NATIONAL LABOR RELATIONS BOARD *v.* MACHINISTS LOCAL 1327, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, DISTRICT LODGE 115, ET AL.; and

No. 84–528. LAPINSKI ET AL. *v.* MACHINISTS LOCAL 1327, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, DISTRICT LODGE 115, ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Pattern Makers* v. *NLRB, ante,* p. 95. Reported below: 725 F. 2d 1212.

No. 84–1324. ADAMS ET AL. *v.* JASINSKI. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Mitchell* v. *Forsyth,* 472 U. S. 511 (1985).

No. 84–1756. CITY OF SHEPHERDSVILLE, KENTUCKY, ET AL. *v.* RYMER. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Oklahoma City* v. *Tuttle,* 471 U. S. 808 (1985).